UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BRETT ADAIR

                    Plaintiff,

-against-

UNIVISION COMMUNICATIONS, INC.,

                    Defendants.

25-CV-06518 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' December 1, 2025 letter [dkt. no. 16] advising that the parties have reached a settlement in principle. The Clerk of the Court shall mark this action closed, subject to reopening by letter within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           December 2, 2025

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge